IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 05-cv-00694-WYD-CBS

JUN 28 2005

DANIEL KEVIN SHIVERS,

GREGORY C. LANGHAM
CLERK

        Plaintiff,

v.

JOE ORITZ, Executive Director Colo. D.O.C,
DR. GAGONDEEP C. SINGH, and
JUDY KAIN, Health Provider,

        Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: _____6 / 17/ 05_____

BY THE COURT:

UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-00694-WYD-CBS

Daniel Kevin Shivers
Prisoner No. 122818
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Joe Ortiz, Dr. Gagondeep C. Singh,
and Mrs Judy Kane,  – WAVIER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER, COMPLAINT FILED 4/15/05, SUMMONS, WAIVER, AND CONSENT FORM to the above-named individuals on _6/28/05_ .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk